**Electronically Filed
Supreme Court
SCWC-21-0000283
22-JUN-2022
09:02 AM
Dkt. 14 OGAC**

SCWC-21-0000283

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE INTEREST OF JB

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000283; FC-S NO. 17-00089)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioners/Resource Caregivers-Intervenors-Appellees' application for writ of certiorari filed on May 10, 2022 and Petitioner/Petitioner-Appellee Department of Human Services' application for writ of certiorari filed on June 1, 2022 are hereby accepted and will be set for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 22, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

